1  DEAN S. KRISTY (State Bar No. 157646)
   KEVIN P. MUCK (State Bar No. 120918)
2  ALICE L. JENSEN (State Bar No. 20332)
   CHRISTOPHER A. GARCIA (State Bar No. 215184)
3  FENWICK & WEST LLP
   Embarcadero Center West
4  San Francisco, California 94111
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350
   Email address: dkristy@fenwick.com
6
   Attorneys for Defendants
7  Lexar Media, Inc., Eric B. Stang, and Brian T. McGee

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 In re LEXAR MEDIA, INC. SECURITIES  )  Case No. C 04-2013 SC
   LITIGATION                         )
13                                    )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER GRANTING DISMISSAL**
14                                    )
                                      )
15                                    )
                                      )
16                                    )
                                      )
17                                    )
   This Document Relates to:          )
18                                    )
   ALL ACTIONS.                       )
19                                    )
                                      )
20                                    )
                                      )
21                                    )

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

1

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL, CASE NO. C 04-2013 SC

1  IT IS HEREBY STIPULATED, by and among plaintiffs and defendants Lexar Media,
2  Inc., Eric B. Stang and Brian T. McGee (collectively, "defendants"), through their undersigned
3  counsel of record, as follows:
4  WHEREAS, on August 30, 2004, this Court appointed The Mitchell Group as lead
5  plaintiffs and Schiffrin & Barroway, LLP as lead counsel and Green & Jigarjian, LLP as liaison
6  counsel;
7  WHEREAS, on October 29, 2004, plaintiffs filed a Consolidated Amended Class Action
8  Complaint, and in response defendants subsequently filed a motion to dismiss;
9  WHEREAS, on July 5, 2005, this Court granted defendants' motion to dismiss the
10 Consolidated Amended Class Action Complaint on the grounds that it failed to state a claim, and
11 gave plaintiffs the opportunity to file an amended complaint within thirty (30) days, if they chose
12 to do so;
13 WHEREAS, plaintiffs have chosen not to file a further amended complaint, and the thirty-
14 day period specified by the Court in which to amend has now expired;
15 Lead plaintiffs and defendants hereby agree as follows:
16 1.   This action should be dismissed with prejudice; and
17 2.   Each side will bear its own attorneys' fees and costs incurred in this action.

18 DATED: September 1, 2005          FENWICK & WEST LLP

20                                   By    /s/ Alice Jensen
                                              Alice Jensen
21
                                    Attorneys for Defendants
22                                  Lexar Media, Inc., Eric B. Stang and
                                    Brian T. McGee

24 DATED: September 1, 2005          SCHIFFRIN & BARROWAY LLP

26                                   By    /s/ Michael K. Yarnoff
                                              Michael K. Yarnoff
27                                  Attorneys for Lead Plaintiffs
28                                  The Mitchell Group

2
STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL, CASE NO. C 04-2013 SC

1 **ORDER**

2   IT IS SO ORDERED.



Judge Samuel Conti
9/6/05

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO